*Carlos E. Candal,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided October 10, 2007

STATE OF CONNECTICUT *v.* DOWEN D. PHILLIPS

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 716 (AC 25281), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Matthew J. Collins,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided October 10, 2007

IN RE RYAN R.

The petition by the minor child for certification for appeal from the Appellate Court, 102 Conn. App. 608 (AC 26946), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Trudy Condio,* in support of the petition.

*Tammy Nguyen-O'Dowd,* assistant attorney general, in opposition.

Decided October 10, 2007